**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AIR PRODUCTS AND CHEMICALS INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-252 |
| | § | |
| H20 INDUSTRIAL SERVICES, LLC., *et al* | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

In accordance with the parties' stipulation, (Docket Entry No.14),  this action is dismissed

with prejudice.

SIGNED on August 25, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge